IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | No. 3:04-cr-205-O (10) |
| | § | |
| WILLIAM GALLO, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

On the basis of Defendant's Petition for Second Chanse [sic] Consideration [Dkt. No. 865], which seeks relief under 28 U.S.C. § 2241, the Clerk of Court is DIRECTED to open a new civil action (NOS: 530), TERM the motion in the criminal action, and TRANSFER the new civil action to the Beaumont Division of the Eastern District of Texas for further proceedings.

SO ORDERED this 3rd day of December, 2015.

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE